UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL J. SENG, et al.,<br><br>          Defendants. | No.  2:15-cv-0025 MCE AC P<br><br><br>ORDER |

      This civil rights action was closed on June 2, 2015.  ECF Nos. 14, 15.  On June 8, 2015, the Clerk of the Court filed objections to the magistrate judge's April 14, 2015 findings and recommendations.  ECF No. 16.  Plaintiff had already filed two identical copies of the objections prior to the entry of judgment.  ECF Nos. 12, 13.  The certificate of service in the most recently filed copy of the objections is also identical to the two previously filed copies, and states that it was mailed on April 21, 2015.  ECF No. 16 at 17.  The objections filed by the Clerk on June 8, 2015, will therefore be disregarded as duplicative of the objections plaintiff has already filed.  Plaintiff has also filed a motion for appointment of counsel and for an evidentiary hearing.  ECF No. 17.  The certificate of service indicates that the motion was mailed on June 15, 2015 (ECF No. 17 at 22), after this action was closed and it will therefore be disregarded.  Plaintiff is advised

////

////

1  that any further documents filed after the closing date will be disregarded and no orders will issue
2  in response to future filings.
3      IT IS SO ORDERD.
4  DATED: January 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE